USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BALLINASMALLA HOLDINGS LIMITED and
CORRIB OIL BIOFUELS, LLC,
                         Petitioners,

-against-

FCSTONE MERCHANT SERVICES, LLC and
INTL FCSTONE MARKETS, LLC (f/k/a INTL
HANLEY, LLC),
                         Respondents.
-------------------------------------------------------------X

18 CIVIL 12254 (PKC)

**JUDGMENT**
**For Attorney's Fees**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2020, Respondents' motion for attorney's fees is GRANTED and judgment is entered in favor of Respondents against Petitioner BHL in the amount of $65,215.88.

**Dated:** New York, New York
         February 20, 2020

                                          RUBY J. KRAJICK
                                          Clerk of Court
             BY:
                                          Deputy Clerk